# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KAREEM HOLLOWAY**                                                                                  **PETITIONER**
**ADC #111757**

**VS.**                              **NO. 5:10CV00315-JMM-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                          **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects, in its entirety.

Accordingly, Petitioner Kareem Holloway's Petition for Writ of Habeas Corpus (docket entry #1) is DISMISSED with prejudice.

IT IS SO ORDERED, this 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE