**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KAREEM HOLLOWAY**                                         **PETITIONER**
**ADC #111757**

VS.             NO. 5:10CV00315-JMM-BD

**RAY HOBBS, Director,
Arkansas Department of Correction**                      **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered this date, judgment is hereby entered dismissing Kareem Holloway's 28 U.S.C. § 2254 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE